UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ARANDELL CORPORATION, *et al.*, | ) )  ) |
| Plaintiffs | ) ) |
| v. | ) ) |
| XCEL ENERGY INC., *et al*, | ) ) ) |
| Defendants. | ) ) ) ) |

Case No.: 07-C-0076-C

# MOTION TO RECONSIDER ORDER
# GRANTING JURISDICTIONAL DISCOVERY

On April 3, 2007, Plaintiffs filed a Motion for Jurisdictional Discovery that failed to apprise the Court of controlling Seventh Circuit authority requiring a *prima facie* showing of jurisdiction *before* a plaintiff may conduct jurisdictional discovery. By letter dated March 29, 2007 (before Plaintiffs filed their discovery motion), Defendants alerted Plaintiffs to the controlling law and asked that they make the required *prima facie* showing or explain why this Seventh Circuit authority did not apply. Decl. of Joel Kleinman, Ex.A. Plaintiffs did neither, and instead filed their motion without advising the Court of this threshold requirement. Defendants intended to file a brief advising the Court of the controlling authority and opposing the Plaintiffs' motion. Absent any local rule, order, or briefing schedule to the contrary, the Moving Defendants believed their response was due April 24, 2007, 21 days from the filing of

1

Plaintiffs' motion.[1] Before Defendants filed their brief, the Court granted Plaintiffs' motion for jurisdictional discovery.[2]

Because an opposition brief would now be moot, Specially Appearing Defendants American Electric Power, Inc., AEP Energy Services, Inc., CenterPoint Energy, Inc., CMS Energy Corporation, CMS Energy Resources Management Co., Cantera Natural Gas, LLC., Duke Energy Carolinas, LLC, Duke Energy Trading and Marketing, LLC, Dynegy Inc., Dynegy G.P. Inc., DMT Holdings, L.P., ONEOK, Inc., and Reliant Energy, Inc. (collectively, the "Moving Defendants") respectfully ask the Court to reconsider its April 17 Order, in light of governing Seventh Circuit law that requires Plaintiffs to make a *prima facie* showing of jurisdiction before conducting jurisdictional discovery. Both the Complaint and discovery motion demonstrate that Plaintiffs cannot meet their jurisdictional burden.

---

[1] Although the Court typically sets an accelerated briefing schedule for discovery motions in its order following the preliminary pretrial conference, no such order has been entered in this case. Moreover, the Moving Defendants do not believe that Plaintiffs' motion is a discovery motion to which the order would apply. Instead, the motion, at least if decided in the Moving Defendants' favor, is actually a dispositive motion that will decide the question of personal jurisdiction, given Plaintiffs' inability to make even a *prima facie* showing of jurisdiction over any of the Moving Defendants.

[2] By failing to frame the legal issue correctly, Plaintiffs' discovery motion implies that the only dispute is how much jurisdictional discovery Plaintiffs get, not whether they are entitled to it at all. For example, Plaintiffs state in their motion:

> Plaintiffs . . . hereby move the Court (i) for an order permitting the plaintiffs to engage in discovery relating to personal jurisdiction for a period of 120 days; and (ii) for an order setting a briefing schedule . . . .
>
> . . . .
>
> In so moving, Plaintiffs certify that they have in good faith conferred with defendants in an effort to stipulate to jurisdictional discovery without seeking the intervention of the Court, but have not been able to reach an agreement with the defendants on this issue.

Mot. at 1. This language suggests that the only dispute is as to the timing of discovery, when in fact Moving Defendants have consistently maintained that Plaintiffs have not met their burden justifying discovery in the first instance. *See* Decl. of Joel Kleinman, Ex.A.

2

Respectfully submitted,

/s/ Robert B. Wolinsky
Steven J. Routh
Robert B. Wolinsky
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: 202-637-5600
Facsimile: 202-637-5910
ATTORNEYS FOR DEFENDANTS AMERICAN ELECTRIC POWER COMPANY, INC. AND AEP ENERGY SERVICES, INC.

/s/ Brian E. Buter
Brian E. Butler (WI SBN 908633348)
Meg Vergernont (WI SBN 900452657)
STAFFORD ROSENBAUM
222 W. Washington Ave. # 900
P. O. Box 1784
Madison, WI 53701-1784

OF COUNSEL

Orrin L. Harrison III (TX SBN 09130700)
Karen C. Corallo (TX SBN 04811490)
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: 214-969-2800
Facsimile: 214-969-4343
email: oharrison@akingump.com
email: kcorallo@akingump.com

Reginald D. Steer (CA SBN 563240
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone: 415-765-9500
Facsimile: 414-765-9501
email: rsteer@akingump.com

ATTORNEYS FOR SPECIALLY APPEARING
DEFENDANT CENTERPOINT ENERGY, INC.


/s/ Michelle B. Goodman
David A. Gordon (Illinois Bar # 6256017)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: 312-853-7159
Facsimile: 312-853-7036

Michelle B. Goodman (Cal. Bar # 218607)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013
Telephone: 213-896-6000
Facsimile: 213-896-6600

ATTORNEYS FOR SPECIALLY APPEARING
DEFENDANTS CMS ENERGY CORP., CM
ENERGY RESOURCES MANAGEMENT CO.,
and CANTERA NATURAL GAS, LLC



/s/ Michael J. Kass
Michael J. Modl
Steven M. Streck
AXLEY BRYNELSON, LLP

2 East Mifflin Street
P. O. Box 1767
Madison, WI 53701-1767
Telephone: 608-257-5661
Facsimile: 608-257-5444

Douglas R. Tribble (*pro hac vice*)
Pillsbury Wintrop Shaw Pittman LLP
501 W. Broadway, Suite 1100
San Diego, California 92101

Michael J. Kass (*pro hac vice*)
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street

San Francisco, California 94105
SPECIALLY APPEARING FOR FOR
DEFENDANTS DYNEGY INC., DYNEGY GP
INC. and DMT HOLDINGS, L.P.


/s/ Joel B. Kleinman
Marie A. Stanton
State Bar ID No. 1016471
Clifford Joe Cavitt
State Bar No. 1038348
HURLEY, BURISH & STANTON, S.C.
P. O. Box 1528
Madison, WI 53701-1528
Telephone: 608-257-0945
Facsimile: 608-257-5764

Of Counsel:
Joel B. Kleinman, Esq.
Lisa Marie Kaas, Esq.
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Telephone: 202-420-2200
Facsimile: 202-420-2201

SPECIALLY APPEARING FOR DEFENDANTS
DUKE ENERGY CAROLINAS, LLC AND DUKE
ENERGY TRADING AND MARKETING, LLC


/s/ Douglas M. Poland
Douglas M. Poland
Steven A. Heinzen
LA FOLLETTE GODFREY & KAHN
*an office of Godfrey & Kahn, S.C.*
One East Main Street, Suite 500
P. O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: 608-257-3911
Facsimile: 608-257-0609

J. Gregory Copeland
Mark R. Robeck
Amy E. Tabor

5

BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Telephone: 713-229-1234
Facsimile: 713-229-1522

ATTORNEYS FOR SPECIALLY APPEARING
DEFENDANT RELIANT ENERGY, INC.


/s/ Amelia A. Fogleman
Kelly H. Twigger
State Bar No. 1029682
James W. Richgels
State Bar No. 1046173
QUARLES & BRADY LLP
411 East Wisconsin Avenue
Suite 2040
Milwaukee, Wisconsin

Oliver S. Howard
Scott R. Rowland
Amelia A. Fogleman
GABLE & GOTWALS
100 West Fifth Street, Suite 1100
Tulsa, Oklahoma 74103
Telephone: 918-595-4800
Facsimile: 918-595-4990

ATTORNEYS FOR DEFENDANT ONEOK, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of April, 2007, a copy of the Moving Defendants Motion to Reconsider Order Granting Jurisdictional Discovery, supporting memorandum, and supporting declaration of Joel Kleinman was served by first-class U.S. Mail on the attorneys listed on the service list.

                                                             /s/ Brian Butler

## Certificate of Service

Robert L. Gegios
Alexander T. Pendleton
William E. Fischer
KOHNER, MANN & KAILAS, S.C.
Barnabas Business Center
4650 N. Port Washington Road
Milwaukee, WI 53212-1059
apendleton@kmklawfirm.com
rgegios@kmklawfirm.com
*Attorneys for Plaintiffs*

R. Lawrence Ward
R. Daniel Boulware
Jennifer Gille Bacon
Gregory M. Bentz
SHUGHART, THOMSON & KILROY, P.C.
120 West 12th Street, Suite 1700
Kansas City, MO 64105
jbacon@stkaw.com
*Attorneys for Plaintiffs*

Donald D. Barry
BARRY LAW OFFICES, L.L.C.
5340 S.W. 17th Street
Topeka, KS 66604
dbarry@inlandnet.net
*Attorneys for Plaintiffs*

Michael J. Miguel
Joseph Duffy
MORGAN LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
mjmiguel@morganlewis.com
jduffy@morganlewis.com
*Attorneys for Defendants Xcel Energy, Inc., Northern States Power Company, and ePrime, Inc.*

Bruce A. Schultz
COYNE, SCHULTZ, BECKER & BAUER
150 East Gilman Street, Suite 1000
Madison, WI 53703
Bschult@cnsbb.com
*Attorneys for Defendant Coral Energy Resources, L.P.*

Joshua D. Lichtman
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
jlichtman@fulbright.com
*Attorneys for Defendant Coral Energy Resources, L.P.*

Marshall M. Searcy
Kristen Bird
Roxanna A. Manuel
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 Sough Figueroa Street, 10th Floor
Los Angeles, CA 90017
kristenbird@quinnemanuel.com
roxannamanuel@quinnemanuel.com
*Attorneys for Defendant Coral Energy Resources, L.P.*

Diane E. Pritchard
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
dpritchard@mofo.com
*Specially Appearing for Defendants El Paso Corporation and El Paso Marketing, L.P.*

Paul R. Norman
Catherine Cetrangolo
BOARDMAN LAW FIRM, LLP
1 South Pinckney Street, Fourth Floor
Madison, Wisconsin 53703
pnorman@boardmanlawfirm.com
ccetrangolo@boardmanlawfirm.com
*Specially Appearing for Defendants El Paso Corp., El Paso Marketing, L.P.*

1

Stuart G. Mondschein
Niles Berman
WHEELER, VAN SICKLE & ANDERSON
25 West Main Street, Suite 801
Madison, WI 53703
*Attorneys for Defendants The Williams Companies, Inc., Williams Power Company, Inc., and Williams Merchant Services Company, Inc.*

Jeffrey M. Shohet
Mark H. Hamer
Noah A. Katsell
Stanley J. Panikowski, III
DLA PIPER US LLP
401 B. Street, Suite 1700
San Diego, CA 90013
Jeffrey.shohet@dlapiper.com
Mark.hamer@dlapiper.com
*Attorneys for Defendants The Williams Companies, Inc., Williams Power Company, Inc., and Williams Merchant Services Company, Inc.*